**90–1578.** Sturm v. Sturm. *Ashtabula County,* No. 89–A–1451. Reported at 61 Ohio St.3d 298, 574 N.E.2d 522. On motion for rehearing. Rehearing denied.
DOUGLAS and RESNICK, JJ., dissent.
WRIGHT, J., not participating.
MOYER, C.J., and H. BROWN, J., would also grant the motion to strike.
WRIGHT, J., not participating.

**90–1588.** Market/Media Research, Inc. v. Cuyahoga Cty. Court of Common Pleas. In Prohibition. Reported at 62 Ohio St.3d 1438, 579 N.E.2d 211. On motion for rehearing. Rehearing denied.

**91–1272.** State v. Clough. *Coshocton County,* No. 91–CA–3. Reported at 62 Ohio St.3d 1423, 577 N.E.2d 1105. On motion for rehearing. Rehearing denied.

**91–1610.** State v. Lucey. *Cuyahoga County,* No. 58545. Reported at 62 Ohio St.3d 1440, 579 N.E.2d 213. On motion for rehearing. Rehearing denied.
DOUGLAS and H. BROWN, JJ., dissent.

**91–1795.** State v. Thrower. *Summit County,* No. 14967. Reported at 62 Ohio St.3d 1440, 579 N.E.2d 213. On motion for rehearing. Rehearing denied.
H. BROWN, J., dissents.

**91–1841.** Elrich v. Weaver. *Ross County,* No. 1662. Reported at 62 Ohio St.3d 1449, 579 N.E.2d 716. On motion for rehearing. Rehearing denied.

**91–1845.** State, ex rel. Hinkle, v. Franklin Cty. Bd. of Elections. In Mandamus. Reported at 62 Ohio St.3d 145, 580 N.E.2d 767. On motions for rehearing. Rehearing denied.
DOUGLAS, J., dissents.

## MISCELLANEOUS DISMISSALS

**91–1074.** State, ex rel. Rykon Specialized Plating, Inc., v. Mayfield. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective November 21, 1991.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.